544

UNITED STATES of America, Plaintiff-Appellee,

v.

Stanley S. HECHT, Defendant-Appellant.

No. 113, Docket 24724.

United States Court of Appeals Second Circuit.

Argued Oct. 8, 1957.

Decided Oct. 23, 1957.

William Merritt, New York City, for defendant-appellant.

William K. Zinke, Asst. U. S. Atty., S.D.N.Y., New York City (Paul W. Williams, U. S. Atty., and Arthur B. Kramer, Asst. U. S. Atty., New York City, on the brief), for plaintiff-appellee.

Before CLARK, Chief Judge, and LUMBARD and MOORE, Circuit Judges.

PER CURIAM.

Judgment affirmed. United States v. Johnson, 2 Cir., 247 F.2d 5.

W. S. WELLS, Jr., claimant-respondent, Appellant,

v.

D. C. GOODWIN, and wife, Bernice Goodwin, and Elzie Goodwin, and wife, Minnie Goodwin, as owners of the fishing vessel Sweet Pea, Appellees.

No. 7454.

United States Court of Appeals Fourth Circuit.

Argued Oct. 11, 1957.

Decided Oct. 18, 1957.

David S. Batcheller, Miami, Fla. (Rountree & Rountree, George Rountree, Jr., Wilmington, N. C., and Smathers, Thompson & Dyer, Miami, Fla., on brief), for appellant.

Wallace C. Murchison, Wilmington, N. C. (Carter & Murchison, Wilmington, N. C., on brief), for appellees.

Before SOPER, SOBELOFF and HAYNSWORTH, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the findings of the District Judge.

CITY OF FORT LAUDERDALE, Appellant,

v.

Joseph MOORHEAD, James Moorhead, George Burrows and Benjamin Clark, Appellees.

No. 16615.

United States Court of Appeals Fifth Circuit.

Nov. 1, 1957.

Julian E. Ross, City Atty., Donald H. Norman, Asst. City Atty., Fort Lauderdale, Fla., for appellant.

G. E. Graves, Jr., Edwin L. Davis, Miami, Fla., for appellees.

Before RIVES, TUTTLE and BROWN, Circuit Judges.

PER CURIAM.

The claimed procedural errors we find too unsubstantial to warrant discussion. The findings of fact are full and complete and the conclusions of law are amply supported by the authorities cited. We agree with the learned district court. The judgment, 152 F.Supp. 131, is therefore

Affirmed.